IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TYRONE ANTONIO BROWN                                                     PLAINTIFF

     v.               Civil No. 1:07-cv-01063

KEN JONES, Sheriff, Union
County, Arkansas, in both his
official and individual capacities;
and JAIL NURSE DEBOARH CRAIN                                             DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Tyrone Antonio Brown, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 17, 2007. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2005), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On March 31, 2008, the Defendants have filed a suggestion of death (Doc. 17). In the suggestion of death, Defendants indicate the Plaintiff died on November 13, 2007. The suggestion of death is supported by a report from the Arkansas State Crime Laboratory.

Since November 13, 2007, no one acting on behalf of Plaintiff's Estate or his heirs has contacted the court. Nevertheless, I entered an order (Doc. 18) notifying the Estate or Personal Representative of the Plaintiff that if they desired to continue with this lawsuit, a motion of substitution of the Estate or Personal Representative of the Plaintiff should be filed pursuant to Rule 25 of the Federal Rules of Civil Procedure within thirty days of the order being entered. The order was entered on March 31, 2008. The Clerk of Court was directed to mail the order to the last known

address of the Plaintiff.  The order further stated that if no motion for substitution was filed, I would recommend that this case be dismissed.

The order (Doc. 18) has not been returned to the court as undeliverable.  No motion for substitution has been filed.  More than thirty days has past since the date the order was filed.  I therefore recommend that this case be dismissed.

**The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of May 2008.

/s/ Barry A. Bryant
BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE