IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TYRONE ANTONIO BROWN                                                                PLAINTIFF

V.                                          CASE NO. 07-CV-1063

KEN JONES, Sheriff, Union County,
Arkansas, in both his official and individual capacities;
and JAIL NURSE DEBORAH CRAIN                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 13, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). Judge Bryant recommends that this case be dismissed. The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, the case is **DISMISSED**.

**IT IS SO ORDERED**, this 9th day of June, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge